1464

## MOTION DOCKET

**98–520. State v. Bays.**
Greene App. No. 95CA118. Upon consideration of the motion filed by counsel for appellant to stay execution in the above-styled cause pending the exhaustion of state post-conviction remedies, and it appearing from the exhibits to the motion that a petition for post-conviction relief was filed by appellant with the Greene County Common Pleas Court,

IT IS ORDERED by the court that said motion be, and the same is hereby, granted.

IT IS FURTHER ORDERED by the court that execution of sentence be, and the same is hereby, stayed, pending the exhaustion of all proceedings for post-conviction relief before courts of this state, including any appeals.

IT IS FURTHER ORDERED that counsel for the appellant and for the appellee shall notify this court when all proceedings for post-conviction relief before courts of this state have been exhausted.

**99–1562. Waterloo Coal Co. v. Vinton Cty. Auditor.**
Board of Tax Appeals, No. 98–J–582. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the joint motion to remand case to Board of Tax Appeals upon settlement,

IT IS ORDERED by the court that the motion to remand case be, and hereby is, granted, and this cause is remanded to the Board of Tax Appeals for entry of an order.

IT IS FURTHER ORDERED that the parties are to bear their respective costs herein expended; and that a mandate be sent to the Board of Tax Appeals to carry this judgment into execution; and that a copy of this entry be certified to the Board of Tax Appeals for entry.

## MISCELLANEOUS DISMISSALS

**99–1642. Waterloo Coal Co. v. Vinton Cty. Bd. of Revision.**
Board of Tax Appeals, No. 97–N–1531. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellants' application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**99–2143. State ex rel. Fuller v. Mengel.**
In Mandamus. On December 2, 1999, relator filed documents titled "Writ of Mandamus, Pro Se" and "Affidavit of Indigency in Accordance with ORC 2969.25." Whereas relator has not filed a complaint and an affidavit in support of the complaint as required by S.Ct.Prac.R. X(2) and (4),

IT IS ORDERED by the court, *sua sponte*, that this case be, and hereby is, dismissed.